# United States Court of Appeals
## For the First Circuit

No. 15-2174

CHRISTINE MORGAN, next friend and mother of minor, R.M.,

Plaintiff, Appellant,

v.

TOWN OF LEXINGTON, MA; LEXINGTON PUBLIC SCHOOLS; DR. PAUL ASH,
Superintendent, in his official and individual capacities; DR.
STEVEN FLYNN, Principal, in his official and individual
capacities,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on May 23, 2016, is amended
as follows:

On page 4, at line 3 of footnote 2, "37O(b)" is changed to
"37O(b),".

On page 10, line 28, "violation [, as]" is changed to
"violation[, as]".